No. 00–8721. ˙GYADU *v.* FRANKL ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 969] denied.

No. 00–9620. IN RE CARTER. Petition for writ of mandamus denied.

No. 00–1249. THOMAS ET AL. *v.* CHICAGO PARK DISTRICT. C. A. 7th Cir. Certiorari granted. 

No. 00–455. ACKER ET AL. *v.* JEFFERSON COUNTY, ALABAMA. C. A. 11th Cir. Certiorari denied. 

No. 00–691. WFAA–TV, INC., ET AL. *v.* PEAVY ET UX.; and
No. 00–849. PEAVY ET UX. *v.* WFAA–TV, INC., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 221 F. 3d 158.

No. 00–1103. STRICKLAND *v.* PIRIE, ACTING SECRETARY OF THE NAVY, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 00–1182. GOTCHNIK ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–1314. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, KELLY *v.* MCLOUGHLIN ET AL. C. A. 2d Cir. Certiorari denied. 

No. 00–1335. TEXAS COMMITTEE ON NATURAL RESOURCES *v.* VENEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 00–1341. SMITH ET AL. *v.* UNIVERSITY OF WASHINGTON LAW SCHOOL ET AL. C. A. 9th Cir. Certiorari denied. 

No. 00–1342. RACAL NCS, INC., ET AL. *v.* TIDEWATER MARINE INTERNATIONAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.